## MARTHA E. GORE *vs.* LEVI Z. CONDON AND CHARLES W. NASH, TRUSTEE.

Appeal from a decree of the Circuit Court of Baltimore City. *Reversed.*

A party who takes a mortgage of property from A. knowing that it has been purchased and partly paid for by B., acquires no right which he can enforce against the property or against B.

*H. P. Jordan* and *Wm. H. Thomas*, for appellant. *J. J. Alexander*, for appellees.

No. 48, October Term, 1895. Recorded in Liber J. S. F. No. 2, &c., folio 764, of Opinions Uureported."

## AMELIA LEPPER *vs.* GEORGE MOOYER ET AL.

Appeal from the Circuit Court for Baltimore County. *Affirmed.*

A mortgage sale of property will not be vacated upon exceptions to the ratification upon the ground of inadequacy of price resulting from insufficient advertisement unless the inadequacy be gross.

*Robert R. Boarman* and *Francis E. Pegram*, for appellant. *John F. Gontrum*, for appellee.

No. 5, October term, 1895. Recorded in Liber J. S. F. No. 2, etc., folio 761, of "Opinions Unreported."